UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY LUCAS,<br><br>                              Petitioner,<br><br>-against-<br><br>COMMISSIONER OF OMH,<br><br>                              Respondent. | 21-CV-8484 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 16, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 16, 2021
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge